UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

MAR 26 2014

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | NO. 1:13MJ63 |
| | ) | |
| THE SEARCH OF THE PREMISES | ) | |
| KNOWN AS: 19 SWEETBRIAR | ) | |
| COURT, ASHEVILLE, NORTH | ) | ORDER TO UNSEAL |
| CAROLINA 28803 AND ANY | ) | |
| VEHICLES, OUTBUILDINGS, | ) | |
| APPURTENANCES AND CURTILAGE | ) | |
| ASSOCIATED WITH THE PROPERTY | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the search warrant, application, and affidavit be unsealed for purposes of providing criminal discovery.

**IT IS HEREBY ORDERED** that the search warrant, application, and affidavit are hereby ordered UNSEALED effective immediately.

This the 26th day of March, 2014.

Dennis L. Howell
United States Magistrate Judge